# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WENDY CHRISTIAN | : | |
| Plaintiff, | | |
| | | CIVIL ACTION |
| v. | : | NO. 16-963 |
| | | |
| LANNETT COMPANY, INC | | |
| Defendant. | : | |

**ORDER**

AND NOW, this 29th day of March, 2018, upon consideration of: Plaintiff's Motion to Dismiss Defendant's Amended Counterclaims (ECF No. 66); Defendant's Opposition thereto (ECF No. 70); Plaintiff's Reply (ECF No. 74); and, Defendant's Sur-Reply (ECF No. 79), it is hereby ORDERED as follows:

(1) Plaintiff's Motion is GRANTED with regard to Counts III and VII of Defendant's Amended Counterclaim and said Counts are DISMISSED with prejudice;

(2) This Court declines to exercise supplemental jurisdiction over the claims set forth in Counts I, II, IV, V and VI of Defendant's Amended Counterclaim and said Counts are DISMISSED without prejudice to raise same in state court; and,

(3) On or before April 12, 2018, the parties shall file a jointly-prepared status report via the court's Electronic Case Filing (ECF) system.[1]

BY THE COURT:

/s/ C. Darnell Jones, II  J.

---

[1] Said report shall inform the court as to the extent to which further fact discovery and any expert discovery may be necessary, as well as whether the parties would be amenable to participating in the Court-Annexed Mediation Program at no cost to either side. A list of approved mediators participating in the Program may be found at: http://www.paed.uscourts.gov/documents2/mediation.